IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BROOKES RHODES,

                    Petitioner,                    ORDER

v.

                                      24-cv-151-wmc

G. ROSENBERG,

                    Respondent.

---

Petitioner Brookes Rhodes, who was formerly incarcerated at the Federal Correctional Institution in Oxford, Wisconsin, filed a motion for post-conviction relief under 28 U.S.C. § 2241, seeking a writ requiring the Bureau of Prison ("BOP") to apply additional First Step Act credits that would have resulted in him being eligible for an earlier transfer to prerelease custody. Because respondent has notified the court that the BOP received all his requested relief, and the BOP's records show that Rhodes has now been released to a residential reentry center, the court will deny Rhodes's petition as moot.

ORDER

IT IS ORDERED that:

1. Brookes Rhodes's petition under 28 U.S.C. § 2241 is DENIED as moot.
2. The clerk of court is directed to enter judgment and close this case.

Entered this 10th day of September, 2024.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge